# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

TODD FORSBERG,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:19-cv-00037-MMD-CLB

ORDER

Petitioner Todd Forsberg has moved for an extension of time to file an amended petition for writ of habeas corpus ("Motion") (ECF No. 9). Good cause appearing, it is ordered that Petitioner's Motion is granted *nunc pro tunc*.

DATED THIS 25th day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE