UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TODD FORSBERG,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No.: 3:19-cv-00037-MMD-CLB<br><br>**ORDER** |

Petitioner Todd Forsberg's 28 U.S.C. § 2254 petition for writ of habeas corpus is before the Court on two motions for extension of time by Respondents.

Good cause appearing, it is ordered that Respondents' first motion for extension of time to file a response to the petition (ECF No. 13) is granted *nunc pro tunc*.

It is further ordered that Respondents' second motion for extension of time to file a response to the petition (ECF No. 14) is granted. Respondents must file their response to the petition on or before May 18, 2020.

DATED THIS 6th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE