UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TODD FORSBERG,<br><br>　　　　　　　Petitioner,<br>　v.<br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:19-cv-00037-MMD-CLB<br><br>ORDER |

Petitioner Todd Forsberg's 28 U.S.C. § 2254 petition for writ of habeas corpus is before the Court on several motions for extension of time by Respondents.

Good cause appearing, it is ordered that Respondents' first, second, third, and fourth motions for extension of time to file an answer to the petition (ECF Nos. 30, 31, 32, 33) are all granted *nunc pro tunc*.

DATED THIS 27th Day of July 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE